JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIANDONG CHEN,<br><br>    Petitioner,<br><br>    v.<br><br>WARDEN OF THE ADELANTO<br>ICE PROCESSING CENTER, et al.,<br><br>    Respondents. | Case No. 5:26-cv-02892-MCS-CTS<br><br>**JUDGMENT** |

Pursuant to the Court's Order Re: Report and Recommendation of U.S. Magistrate Judge,

IT IS ADJUDGED that:

1. The Petition is GRANTED.

2. Respondents must release Petitioner (A# 245-130-044) from custody within 24 hours of entry of this Order.

3. At the time of release, Respondents must return all of Petitioner's belongings, including his cellular phone and keys.

DATED:   June 19, 2026          _____/S/_____

                                        MARK C. SCARSI
                                        UNITED STATES DISTRICT JUDGE

CC: Adelanto Detention Center via Email